IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAVASENIORCARE, LLC, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:14-CV-02738-RWS |
| ZURICH AMERICAN INSURANCE COMPANY and BEAZLEY INSURANCE COMPANY, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth L. Fite, Esq. of Kutak Rock LLP, pursuant to Local Rule 83.1D, N.D.Ga., hereby enters her appearance as counsel of record for Zurich American Insurance Company ("Defendant"), Defendant in the above-styled action. All future documents and communication directed to Defendant as a party to this action should be sent to:

>Elizabeth L. Fite, Esq.
>KUTAK ROCK LLP
>303 Peachtree Street, N.E.
>Suite 2750
>Atlanta, GA  30308
>Phone:  (404) 222-4600
>Fax:  (404) 222-4654
>elizabeth.fite@kutakrock.com

- 2 -

Respectfully submitted this 16th day of October, 2014.

KUTAK ROCK LLP

By:/s/ Elizabeth L. Fite
　Elizabeth L. Fite
　Georgia Bar No. 142347
　303 Peachtree Street, N.E.
　Suite 2750
　Atlanta, GA  30308
　Telephone:  (404) 222-4600
　Facsimile:  (404) 222-4654
　elizabeth.fite@kutakrock.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I electronically filed the Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Anthony P. Tatum, Esq.
> Michael B. Wakefield, Esq.
> Sara E. Statz, Esq.
> Shelby S. Guilbert, Esq.
> King & Spalding LLP
> 1180 Peachtree Street
> Atlanta, GA  30309

/s/ Elizabeth L. Fite
Elizabeth L. Fite
