# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAVASENIORCARE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:14-cv-02738-RWS |
| ) | |
| ZURICH AMERICAN ) | |
| INSURANCE COMPANY and ) | |
| BEAZLEY INSURANCE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SavaSeniorCare, LLC and Defendant Beazley Insurance Co., Inc. (collectively, the "Parties") hereby jointly file this Stipulated Dismissal With Prejudice to dismiss with prejudice all claims and counterclaims asserted by the Parties in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 12th day of December, 2016.

| | |
|---|---|
| /s/ Joseph M. Englert | /s/Matthew E. Pepping |
| Anthony P. Tatum, Esq. | Daniel McNeel Lane, Jr. (*Pro Hac Vice*) |
| Georgia Bar No. 306287 | Texas Bar No. 00784441 |
| Shelby S. Guilbert, Esq. | Matthew E. Pepping (*Pro Hac Vice*) |
| Georgia Bar No. 315101 | Texas Bar No. 24065894 |
| Joseph M. Englert, Esq. | 300 Convent Street, Suite 1600 |
| Georgia Bar No. 112409 | Norton Rose Fulbright US LLP |
| | 300 Convent Street, Suite 2100, |
| KING & SPALDING LLP | San Antonio, Texas 78205-3792 |
| 1180 Peachtree Street | Telephone (210) 270 7164 |
| Atlanta, Georgia 30309 | Fax (210) 270 7205 |
| Telephone: (404) 572-4600 | |
| Facsimile: (404) 572-5138 | and |
| | |
| *Attorneys for Plaintiff* | Michael Singleton Reeves |
| | Georgia Bar No. 598375 |
| | Benjamin McCulloh Byrd |
| | Georgia Bar No. 141216 |
| | FRIEND HUDAK & HARRIS, LLP |
| | Three Ravinia Drive, Suite 1700 |
| | Atlanta, GA 30346 |
| | Telephone: 770-399-9500 |
| | Facsimile: 770-395-0000 |
| | |
| | *Attorneys for Defendant Beazley Insurance Co., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing Certificate of Service, which will automatically send email notification of such filing to the following attorneys of record:

>FRIEND HUDAK & HARRIS, LLP
>Michael Singleton Reeves
>mreeves@fh2.com
>Benjamin McCulloh Byrd
>bbyrd@fh2.com
>
>AKIN GUMP STRAUSS HAUER &
>FELD LLP
>Clayton Matheson
>cmatheson@akingump.com
>
>Daniel McNeel Lane, Jr.
>Matthew E. Pepping
>NORTON ROSE FULBRIGHT US, LLP
>300 Convent Street, Suite 2100
>San Antonio, TX 78205-3792
>Tel: 210-224-5575
>Fax: 210-270-7205
>neel.lane@nortonrosefulbright.com
>matthew.pepping@ nortonrosefulbright.com

This 12th day of December, 2016.

>*/s/ Joseph Englert*
>Joseph Englert
>Georgia Bar No. 112409

3